# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Halliburton Energy Services, Inc., | Case Nos. CV 19-10481 PA (MAAx)<br>CV 19-10794 PA (MAAx) |
| Petitioner, | |
| v. | JUDGMENT OF DISMISSAL |
| Joseph Foord, | |
| Respondent. | |
| Joseph Foord, | |
| Petitioner, | |
| v. | |
| Halliburton Energy Services, Inc., | |
| Respondent. | |

In accordance with the Court's January 27, 2020 Minute Order denying Joseph Foord's Motion to Vacate Arbitration Award and Remand for Rehearing, it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     The arbitration award in favor of Halliburton Energy Services, Inc. and against Joseph Foord, dated November 19, 2019, is confirmed in all respects; and

2.     Foord is ordered to pay to Halliburton the sum of $40,669.30 in costs incurred by Halliburton, as directed by the Arbitration Award.

The Clerk is ordered to enter this Judgment.

DATED: January 27, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE